UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| YOLANDA DENISE JONES ) | |
| ) | CHAPTER 13 |
| ) | |
| ) | CASE NO. 17-42281-PWB |
| DEBTOR. ) | |
| ) | JUDGE BONAPFEL |

**POST-CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR ITS APPROVAL**

**YOLANDA DENISE JONES** Debtor, proposes to modify the confirmed plan of reorganization as set forth below and request that this modification be approved.

**MODIFICATION OF PLAN**

**YOLANDA DENISE JONES,** Debtor, hereby modifies the Chapter 13 Plan, which the Court Confirmed on February 15, 2018 as follows;

1) Debtor amends the plan to increase monthly plan payments to $280.00 per month.
2) Debtor amends the plan, section 2, to remove the step provision that stated, "Debtor's plan payment shall increase by $160 in month December 2018 upon completion or termination of Aaron's payment".
3) Debtor amends the plan, section 3(B) to increase monthly attorney's fees to $260.00 per month.
4) Debtor amends the plan, section 6(a), to include a debt with Michigan Department of Treasury for a total of $1,467.00, with an interest rate of 4% and monthly payments of $260.00 beginning September 2019.

This 9th day of April 2019.
Respectfully Submitted,

    /s/   Yolanda Denise Jones
Debtor

    /s/ Jeffrey Kelly
Attorney for Debtor
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(706) 295-0030
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| YOLANDA DENISE JONES ) | |
| ) | **CHAPTER 13** |
| ) | |
| ) | **CASE NO. 17-42281-PWB** |
| DEBTOR. ) | |
| ) | **JUDGE BONAPFEL** |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

To:  Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that the Debtor filed and served on you a proposed modification to the confirmed plan in this case.  Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTIONS: May 3, 2019.**

PLACE OF FILING:     United States Bankruptcy Court
600 East First St Room 339
Rome, GA 30161

If you mail an objection to the Court for filing, you must mail it early enough, so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

Yolanda Jones
20 Mattie Ln
Douglasville, GA 30134

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in courtroom 342 on **May 15, 2019 at 9:50 AM**, U.S. Courthouse, 600 East First Street, Rome, GA 30161.  **If no objection is timely filed, the proposed Modification will be**

**effective pursuant to 11 U.S.C. § 1329(b)(2) as a part of the Confirmed Plan without further notice of hearing.**

This 9th day of April 2019.
Respectfully Submitted,

/s/  Yolanda Denise Jones
Debtor

/s/ Jeffrey Kelly
Attorney for Debtor
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(706) 295-0030
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Yolanda Denise Jones**                                                                                      Case No.  **17-42281-pwb**
                                                   Debtor(s)                                               Chapter  **13**

## CHAPTER 13 PLAN

Extension ☐                                                                                    Composition ☑

**PLAN AMENDMENT TO AMEND PARAGRAPH 2 REDUCING THE TRUSTEE PAYMENT DUE TO DECREASED INCOME EFFECTIVE JANUARY, 2019 AND PROVIDING PAYMENT TO SECURED CREDITOR**

**You should read this Plan carefully and discuss it with your attorney. Confirmation of this Plan by the Bankruptcy Court may modify your rights by providing for payment of less than the full amount of your claim, by setting the value of the collateral securing your claim, and/or by setting the interest rate on your claim.**

Debtor or Debtors (hereinafter called "Debtor") proposes this Chapter 13 Plan:

1. **Submission of Income**. Debtor submits to the supervision and control of the Chapter 13 Trustee ("Trustee") all or such portion of future earnings or other future income of Debtor as is necessary for the execution of this Plan.

2. **Plan Payments and Length of Plan**. Debtor will pay the sum of  **$280.00   Monthly**  to Trustee by ☐ Payroll Deduction(s) or by ☑ Direct Payment(s) for the applicable commitment period of  **36**  months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

   The following alternative provision will apply if selected:

   ☑ IF CHECKED, Plan payments will increase by $ **400** in month **September 2021** upon completion or termination of **non-filing spouse's car payment**. Plan payments will increase by $ **526** in month **September 2022** upon completion or termination of **non-filing spouse's car payment**.

3. **Claims Generally**. **The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief**. An allowed proof of claim will be controlling, unless the Court orders otherwise. Objections to claims may be filed before or after confirmation.

4. **Administrative Claims**. Trustee will pay in full allowed administrative claims and expenses pursuant to §507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to a different treatment of its claim.

   (A). **Trustee's Fees**. The Trustee shall receive a statutory fee in the amount established by the Attorney General and the United States Trustee.

   (B). **Debtor's Attorney's Fees**. Debtor and Debtor's attorney have agreed to a base attorney fee in the amount of $ **4,050.00** for the services identified in the Rule 2016(b) disclosure statement filed in this case. The amount of $ **0.00** was paid prior to the filing of the case. The Trustee shall disburse the unpaid amount of the fee, $ **4,050.00**, as allowed under General Order 18-2015, as follows: (1) Upon the first disbursement following confirmation of a Plan, the Trustee shall disburse to Debtor's attorney from the funds available and paid into the office of the Trustee by Debtor or on Debtor's behalf, up to $ **4050.00** after the payment of any payments under 11 U.S.C. § 1326(a)(1)(B) or (C) and administrative fees. The remaining balance of the fees shall be paid up to $ **260.00** per month until the fees are paid in full; (2) If the case is converted prior to confirmation of the plan, Debtor directs the Trustee to pay fees to Debtor's attorney from the funds available of $ **2,000.00** (amount not to exceed $2,000); (3) If the case is dismissed prior to confirmation of the plan, fees for Debtor's attorney of $ **2,000.00** as set forth on the 2016(b) disclosure statement (amount not to exceed $2,000) are allowed pursuant to General Order 18-2015 and shall be paid by the Trustee from the funds available without a fee application. Debtor's attorney may file a fee application for fees sought over $2,000.00 within 10 days of the Order of Dismissal; (4) If the case is converted after confirmation of the plan, Debtor directs the Trustee to pay to Debtor's attorney from the funds available, any allowed fees which are unpaid; and (5) If the case is dismissed after confirmation of the plan, Trustee shall pay to Debtor's attorney from the funds available, any allowed fees which are unpaid.

Debtor and Debtor's attorney have further agreed that Debtor's attorney may be paid for "non-base services" as they are performed on an as-needed basis. These "non-base" services, and the agree fee for each, are identified in paragraph 6 of the Rule 2016(b) disclosure statement in this case. Upon Completion of a "non-base" service, Debtor's attorney may file an application with the Court, servicing all parties-in-interest with notice of the application and providing an opportunity to be heard on the matter. If the "non-base" fee is approved by the Court, the fee shall be added to the balance of the unpaid fee in this case and paid in accordance with paragraph 4(B), above. If the base fee has been paid in full, then the fee shall be paid up $250 per month, and the distribution to creditors shall be reduced, pro rata, by that amount until the additional fee is paid in full.

5. **Priority Claims**.

    (A). **Domestic Support Obligations**.

☑ None. If none, skip to Plan paragraph 5(B).

    (i). Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

    (ii). The name(s) and address(es) of the holder of any domestic support obligation are as follows. *See* 11 U.S.C. §§ 101(14A) and 1302(b)(6).

> -NONE-

    (iii). Anticipated Domestic Support Obligation Arrearage Claims

    (a). Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

☑ None; or

| (a)<br>Creditor<br>(Name and Address) | (b)<br>Estimated arrearage claim | (c)<br>Projected monthly arrearage payment |
|---|---|---|
| -NONE- | | |

(b). Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

☑ None; or
Claimant and proposed treatment:    -NONE-

    (B). **Other Priority Claims (e.g., tax claims).** All other allowed priority claims will be paid in full, but will not be funded until after all secured claims, lease arrearage claims, and domestic support claims are paid in full.

| (a)<br>Creditor | (b)<br>Estimated claim |
|---|---|
| **Georgia Department of Revenue** | **0.00** |
| **IRS** | **2000.00** |

6. **Secured Claims.**

    (A). **Claims Secured by Personal Property Which Debtor Intends to Retain.**

    (i). **Pre-confirmation adequate protection payments.** No later than 30 days after the date of the filing of this plan or the order for relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to § 1326(a)(1)(C). If the Debtor elects to make such adequate protection payments on allowed claims to

the Trustee pending confirmation of the plan, the creditor shall have an administrative lien on such payment(s), subject to objection. If Debtor elects to make such adequate protection payments directly to the creditor, Debtor shall provide evidence of such payment to the Trustee, including the amount and date of the payment.

Debtor shall make the following adequate protection payments:

☐ directly to the creditor; or

☑ to the Trustee pending confirmation of the plan.

| (a) Creditor | (b) Collateral | (c) Adequate protection payment amount |
|---|---|---|
| -NONE- | | |

(ii). **Post confirmation payments.** Post-confirmation payments to creditors holding claims secured by personal property shall be paid as set forth in subparagraphs (a) and (b). If the Debtor elects to propose a different method of payment, such provision is set forth in subparagraph (c).

(a). **Claims to Which § 506 Valuation is NOT Applicable.** Claims listed in this subsection consist of debts secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. *See* § 1325(a)(5). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the amount of the claim in column (d) with interest at the rate stated in column (e). Upon confirmation of the plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

☑ None; or

| (a) Creditor | (b) Collateral | (c) Purchase date | (d) Claim amount | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|---|
| **Michigan Dept of Revenue** | **Tax Lien** | NPNP | $1,467.00 | 4.00% | In September 2019, plan payment shall begin at $260 per month. |

(b). **Claims to Which § 506 Valuation is Applicable.** Claims listed in this subsection consist of any claims secured by personal property not described in Plan paragraph 6(A)(ii)(a). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the replacement value as stated in column (d) or the amount of the claim, whichever is less, with interest at the rate stated in column (e). The portion of any allowed claim that exceeds the value indicated below will be treated as an unsecured claim. Upon confirmation of the plan, the valuation and interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

☑ None; or

| (a) Creditor | (b) Collateral | (c) Purchase date | (d) Replacement value | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|---|
| **None** | | | | | |

(c). **Other provisions**.

3

(B). **Claims Secured by Real Property Which Debtor Intends to Retain**. Debtor will make all post-petition mortgage payments directly to each mortgage creditor as those payments ordinarily come due. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter, unless this Plan provides otherwise. Trustee may pay each allowed arrearage claim at the monthly rate indicated below until paid in full. Trustee will pay interest on the mortgage arrearage if the creditor requests interest, unless an objection to the claim is filed and an order is entered disallowing the requested interest.

| (a) Creditor | (b) Property description | (c) Estimated pre-petition arrearage | (d) Projected monthly arrearage payment |
|---|---|---|---|
| -NONE- | | | |

(C). **Surrender of Collateral**. Debtor will surrender the following collateral no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. Any claim filed by a secured lien holder whose collateral is surrendered will be treated as unsecured. Any involuntary repossession/foreclosure prior to confirmation of this Plan must be obtained by a filed motion and Court order, unless the automatic stay no longer applies under § 362(c). Upon Plan confirmation, the automatic stay will be deemed lifted for the collateral identified below for surrender and the creditor need not file a Motion to Lift the Stay in order to repossess, foreclose upon or sell the collateral. Nothing herein is intended to lift any applicable co-Debtor stay, or to abrogate Debtor's state law contract rights.

| (a) Creditor | (b) Collateral to be surrendered |
|---|---|
| -NONE- | |

7. **Unsecured Claims**. Debtor estimates that the total of general unsecured debt not separately classified in Plan paragraph 10 is $ __0.00__ . After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of $ __0.00__ or __0__ %, whichever is greater. Trustee is authorized to increase this dollar amount or percentage, if necessary, in order to comply with the applicable commitment period stated in paragraph 2 of this Plan.

8. **Executory Contracts and Unexpired Leases**. The following executory contracts and unexpired leases are assumed, and payments due after the filing of the case will be paid directly by Debtor, not through Trustee, as set forth below in column (c).

Debtor proposes to cure any default by paying the arrearage on the assumed leases or contracts in the amounts projected in column (d) at the same time that payments are made to secured creditors. All other executory contracts and unexpired leases of personal property are rejected upon conclusion of the confirmation hearing.

☑ None; or Debtor assumes lease with Aaron's

| (a) Creditor | (b) Nature of lease or executory contract | (c) Payment to be paid directly by Debtor | (d) Projected arrearage monthly payment through plan (for informational purposes) |
|---|---|---|---|
| Aaron's | Furniture lease | 160.00 | 0.00 |

9. **Property of the Estate.** Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

12.01.15

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                                                    Best Case Bankruptcy

10. **Other Provisions**:

    (A). **Special classes of unsecured claims**.

    (B). **Other direct payments to creditors**. DEBT TO US AUTO FINANCE SECURED BY 2015 CHEVY MALIBU SHALL BE PAID DIRECTLY BY NON-FILING COSIGNOR.

STUDENT LOANS SHALL BE PAID PRO RATA AS GENERAL UNSECURED CREDITORS.

    (C). **Other allowed secured claims:** A proof of claim which is filed and allowed as a secured claim, but is not treated specifically under the plan, shall be funded with __4__ % interest as funds become available after satisfaction of the allowed secured claims which have been treated by the plan and prior to payment of allowed non-administrative priority claims (except domestic support obligation claims as set forth in paragraph 5(A), above) and general unsecured claims. Notwithstanding the foregoing, the Debtor or any other party in interest may object to the allowance of the claim.

    (D). **Claims subject to lien avoidance pursuant to 11 U.S.C. §522(f):** The allowed secured claim of each creditor listed below shall not be funded until all allowed, secured claims which are being treated by the plan are satisfied. If an order is entered avoiding the creditor's lien, that creditor's claim shall be treated as a general, unsecured claim to the extent it is not otherwise secured by property of the estate and treated by the plan. To the extent that the creditor's lien is not avoided and is not otherwise treated by the plan, the secured claim shall be funded as set forth in the above paragraph. This paragraph shall apply to the following creditors:
    **Southfield Family Dental**

(E). **Other provisions**.

| | | | |
|---|---|---|---|
| Date | **April 9, 2019** | Signature | **/s/ Yolanda Denise Jones** |
| | | | **Yolanda Denise Jones** |
| | | | Debtor |
| Attorney | **/s/ Jeffrey B. Kelly** | | |
| | **Jeffrey B. Kelly 412798** | | |

5

12.01.15

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| YOLANDA DENISE JONES ) | |
| ) | CHAPTER 13 |
| ) | |
| ) | CASE NO. 17-42281-PWB |
| DEBTOR. ) | |
| ) | JUDGE BONAPFEL |

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Post Confirmation Plan Modification and Notice of Hearing on the following by U. S. Mail, in a properly stamped and addressed envelope.

Chapter 13 Trustee
Mary Ida Townson
191 Peachtree St NE STE 2200
Atlanta GA 30303-1770

Yolanda Jones
20 Mattie Ln
Douglasville, GA 30134

*All creditors on the attached matrix*

This 9th day of April 2019.

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing          AMCOL Systems, Inc.                      Aaron's
113E-4                                    Amcol Systems, Inc.                      752 N. Main St. Suite 1
Case 17-42281-pwb                         Po Box 21625                             Cedartown, GA 30125-2358
Northern District of Georgia              Columbia, SC 29221-1625
Rome
Tue Apr  9 14:08:55 EDT 2019

Aarons Sales & Lease                      Ability Recovery Service                 Allstate Indemnity Company
Attn: Bankruptcy                          1 Montage Mountain Rd Ste A              3075 Sanders Rd #H1A
309 E Paces Ferry Rd Ne                   Moosic, PA 18507-1777                    Northbrook, IL 60062-7127
Atlanta, GA 30305-2367


American Credit Collections               American Medical Collection              Amsher
1 Montage Mountain Rd #A                  4 Westchester Plaza Ste 110              4524 Southlake Pkwy #15
Moosic, PA 18507-1777                     Elmsford, NY 10523-1615                  Birmingham, AL 35244-3271


Arrow Exterminators                       Bank of America N.A.                     Bartow County Water Department
P.O. Box 2015                             P O Box 982284                           P.O. Box 850
Cartersville, GA 30120-1684               El Paso, TX 79998-2284                   Cartersville, GA 30120-0850


Bay Area Credit Service                   Benefit Overpayment Collection           CBCS Collections
P.O. Box 467600                           PO Box 169                               250 E Broad St
Atlanta, GA 31146-7600                    Grand Rapids, MI 49501-0169              Columbus, OH 43215-3708


Capital Bank                              Cartersville Medical Center              Cartersville Pediatric
1 Church St                               960 Joe Frank Harris Pkwy                P.O. Box 200429
Rockville, MD 20850-4190                  Cartersville, GA 30120-2129              Cartersville, GA 30120-9008


Cbe Group                                 Central Credit Service                   Comenity Bank/Fashion Bug
Attn: Bankruptcy Department               550 N Regency Square Blv                 Attn: Bankruptcy
Po Box 900                                Jacksonville, FL 32225                   Po Box 182125
Waterloo, IA 50704-0900                                                            Columbus, OH 43218-2125


Concord Management                        Credit Collection Services               Damion Jones
15510 Sandspur Road                       725 Canton Street                        20 Mattie Lane
Maitland, FL 32794                        Norwood, MA 02062                        Douglasville, GA 30134-4897
                                          EOSCCA Collections
                                          P.O. Box 329
                                          Norwell, MA 02061-0329

ERC/Enhanced Recovery Corp                Equifax                                  Experian
Attn: Bankruptcy                          PO Box 740241                            PO Box 9701
8014 Bayberry Rd                          Atlanta, GA 30374-0241                   Allen, TX 75013-9701
Jacksonville, FL 32256-7412


FedLoan Servicing                         Floyd Primary Services                   Floyd Professional Billing
Attention: Bankruptcy                     P.O. Box 1882                            P.O. Box 1882
Po Box 69184                              Rome, GA 30162-1882                      Rome, GA 30162-1882
Harrisburg, PA 17106-9184
```

```
(p)FOCUS RECEIVABLES MANAGEMENT LLC      (p)FORD MOTOR CREDIT COMPANY              Geico Insurance
1130 NORTHCHASE PARKWAY STE 150          P O BOX 62180                             Credit Collection Services
MARIETTA GA 30067-6429                   COLORADO SPRINGS CO 80962-2180            Two Wells Ave Dept 9134
                                                                                   Newton Center, MA 02459-3225


(p)GEORGIA DEPARTMENT OF REVENUE         HARBIN CLINIC LLC                         (p)HS FINANCIAL GROUP   LLC
COMPLIANCE DIVISION                      C/O NATIONWIDE RECOVERY SERVICE           25651 DETROIT RD #203
ARCS BANKRUPTCY                          P.O. BOX 8005                             WESTLAKE OH 44145-2415
1800 CENTURY BLVD NE SUITE 9100          CLEVELAND, TN 37320-8005
ATLANTA GA 30345-3202


HSI Financial Services, LLC              I C System Inc                            (p)INTERNAL REVENUE SERVICE
P.O. Box 934075                          Po Box 64378                              CENTRALIZED INSOLVENCY OPERATIONS
Atlanta, GA 31193-4075                   Saint Paul, MN 55164-0378                 PO BOX 7346
                                                                                   PHILADELPHIA PA 19101-7346


IWU Collections                          Indiana Wesleyan University               (p)JEFFERSON CAPITAL SYSTEMS LLC
Student Account Services                 1900 W 50th Street                        PO BOX 7999
1900 West 50th St                        Marion, IN 46953-9393                     SAINT CLOUD MN 56302-7999
Marion, IN 46953-9393


Yolanda Denise Jones                     Kay Jewelers                              Jeffrey B. Kelly
20 Mattie Ln                             P.O. Box 740425                           Law Office of Jeffrey B. Kelly, P.C.
Douglasville, GA 30134-4897              Cincinnati, OH 45274-0425                 107 E. 5th Avenue
                                                                                   Rome, GA 30161-1725


LCA Collections                          LJ Ross & Associates                      LabCorp
344 Robinson Road                        4 Universal Way                           P.O. Box 2240
Chatsworth, GA 30705-5576                Jackson, MI 49202-1455                    Burlington, NC 27216-2240


Law Office of Donald Conrad              Leroys Jewelers                           Medical Financial Soultions
13750 Merriman Rd                        Sterling Jewelers, Inc/Attn: Bankruptcy   225 N Roase St
Livonia, MI 48150-1814                   Po Box 1799                               Kalamazoo, MI 49007-3823
                                         Akron, OH 44309-1799


Medical Revenue Service                  Medicredit                                Merchants & Medical
P.O. Box 1149                            P.O. Box 1629                             6324 Taylor Rd
Sebring, FL 33871-1149                   Maryland Heights, MO 63043-0629           Flint, MI 48507-4685


Mhesla/glelsi                            Michigan Attorney General                 Michigan Department of Treasury
2401 International Lane                  525 W Ottawa Street                       Office of Collections
Madison, WI 53704-3121                   PO Box 48909                              P.O. Box 30168
                                         Lansing, MI 48933-1067                    Lansing, MI 48909-7668


Michigan Unemployment                    Midwest Recovery Systems                  Monarch Recovery Management
Dept #771760                             2747 W Clay Street Ste A                  10965 Decatur Road
PO Box 77000                             Saint Charles, MO 63301-2557              Philadelphia, PA 19154-3210
Detroit, MI 48277-2000
```

| | | |
|---|---|---|
| Money Recovery Nationwide<br>Po Box 13129<br>Lansing, MI 48901-3129 | Mount Lassen Emergency Physicians<br>P.O. Box 13626<br>Philadelphia, PA 19101-3626 | NPAS Solutions<br>P.O. Box 2248<br>Maryland Heights, MO 63043-1048 |
| Natiowide Recovery Service<br>Attn: Bankruptcy<br>Po Box 8005<br>Cleveland, TN 37320-8005 | Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 | Navient Solutions, LLC on behalf of TGSLC<br>PO BOX 83100<br>Round Rock, TX 78683-3100 |
| Nelnet<br>Nelnet Claims/Bankruptcy<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Nelnet on behalf of GLHEC<br>Great Lakes Higher Education Corp<br>PO Box 8973<br>Madison WI 53708-8973 | Penn Credit Corporation<br>916 S 14th St<br>Harrisburg, PA 17104-3425 |
| Phoenix Financial Service<br>8902 Otis Ave<br>Ste 103A<br>Indianapolis, IN 46216-1009 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Purchasing Power<br>1375 Peachtree St NE Ste 500<br>Atlanta, GA 30309-3109 |
| Regions Bank<br>P.O. Box 2224<br>Birmingham, AL 35246-0001 | Southfield Family Dental Pllc<br>188800 W 10 Mile Rd<br>Southfield, MI 48075 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| State Collection Service<br>2509 S Stoughton Rd<br>Madison, WI 53716-3314 | Superior Asset Management<br>1000 Abernathy Rd Ste 165<br>Atlanta, GA 30328-5612 | TSI<br>Po Box 15609<br>Wilmington, DE 19850-5609 |
| (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | Tidewater Finance Company<br>c/o Charles T Day, III<br>1790 Atkinson Rd, Suite F<br>Lawrenceville, GA 30043-7989 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| Trans Union<br>PO Box 1000<br>Chester, PA 19016-1000 | Transworld Systems<br>280 Interstate North Circle #510<br>Atlanta, GA 30339-2452 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 | United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072-1613 |
| Us Auto Finance/us Aut<br>824 N Market St Ste 220<br>Wilmington, DE 19801-3024 | Wayn St Univ<br>Room 214 A S B 2<br>Detroit, MI 48202 | Wayne State University<br>Hnj Studt Serv Bldg 3 E<br>Detroit, MI 48202 |

| | | |
|---|---|---|
| Wellstar Health System Paulding<br>2518 Jimmy Lee Smith Pkwy<br>Hiram, GA 30141-2068 | Willowbrooke at Tanner<br>958 Joe Frank Harris Pkwy SE<br>Cartersville, GA 30120-2174 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Focus Receivables Management<br>1130 Northchase Pkwy Ste 150<br>Marietta, GA 30067 | Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 |
| HS Financial Group, LLC<br>25651 Detroit Rd #203<br>Westlake, OH 44145 | IRS<br>PO Box 105404<br>Atlanta, GA 30348-5404 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk, VA 235020 | Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197 | Tidewater Finance Co<br>6520 Indian River Rd<br>Virginia Beach, VA 23464 |

End of Label Matrix
Mailable recipients    91
Bypassed recipients     0
Total                  91