**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| YOLANDA DENISE JONES, | ) | |
| | ) | CASE NO. 17-42281-PWB |
| | ) | |
| DEBTOR. | ) | JUDGE BONAPFEL |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED
PLAN NUNC PRO TUNC, DEADLINE FOR FILING WRITTEN OBJECTIONS
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To:  Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that the Debtor filed and served on you a proposed modification to the confirmed plan in this case.  Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTIONS: June 17, 2019.**

**PLACE OF FILING:**     United States Bankruptcy Court
600 East First St Room 339
Rome, GA 30161

If you mail an objection to the Court for filing, you must mail it early enough, so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at:
Yolanda Jones
20 Mattie Ln.
Douglasville, GA 30134

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in courtroom 342 on **June 26, 2019 at 9:50 AM**, U.S. Courthouse, 600 East First Street, Rome, GA 30161.  **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C. § 1329(b)(2) as a part of the Confirmed Plan without further notice of hearing.**

This 15th day of May, 2019.

Respectfully Submitted,

/s/Yolanda Denise Jones
Debtor

/s/ Jeffrey Kelly
Attorney for Debtor
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(706) 295-0030
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| YOLANDA DENISE JONES, | ) | |
| | ) | CASE NO. 17-42281-PWB |
| | ) | |
| DEBTOR. | ) | JUDGE BONAPFEL |

**POST-CONFIRMATION MODIFICATION OF PLAN
NUNC PRO TUNC AND REQUEST FOR ITS APPROVAL**

**YOLANDA DENISE JONES,** Debtor, proposes to modify the confirmed plan of reorganization as set forth below and request that this modification be approved, nunc pro tunc to January 2019.

**MODIFICATION OF PLAN**

**YOLANDA DENISE JONES,** Debtor, hereby modifies the Chapter 13 Plan, which the Court Confirmed on February 15, 2018 as follows;

1) Debtor amends the plan to decrease monthly plan payments to $280.00 per month nunc pro tunc to January 2019.
2) Debtor amends the plan, section 2, to remove the step provision that stated, "Debtor's plan payment shall increase by $160 in month December 2018 upon completion or termination of Aaron's payment".
3) Debtor amends the plan, section 3(B) to increase monthly attorney's fees to $260.00 per month.
4) Debtor amends the plan, section 6(a), to include a debt with Michigan Department of Treasury for a total of $1,467.00, with an interest rate of 4% and monthly payments of $260.00 beginning September 2019.

This 15th day of May, 2019.
Respectfully Submitted,

/s/Yolanda Denise Jones
Debtor

/s/ Jeffrey Kelly
Attorney for Debtor
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(706) 295-0030
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Yolanda Denise Jones**                                    Case No.  **17-42281-pwb**
                          Debtor(s)                                 Chapter   **13**

## CHAPTER 13 PLAN

Extension ☐                                                        Composition ☑

**PLAN AMENDMENT TO AMEND PARAGRAPH 2 REDUCING THE TRUSTEE PAYMENT DUE TO DECREASED INCOME EFFECTIVE JANUARY, 2019 AND PROVIDING PAYMENT TO SECURED CREDITOR**

   **You should read this Plan carefully and discuss it with your attorney. Confirmation of this Plan by the Bankruptcy Court may modify your rights by providing for payment of less than the full amount of your claim, by setting the value of the collateral securing your claim, and/or by setting the interest rate on your claim.**

Debtor or Debtors (hereinafter called "Debtor") proposes this Chapter 13 Plan:

1. **Submission of Income**. Debtor submits to the supervision and control of the Chapter 13 Trustee ("Trustee") all or such portion of future earnings or other future income of Debtor as is necessary for the execution of this Plan.

2. **Plan Payments and Length of Plan**. Debtor will pay the sum of **$280.00 Monthly** to Trustee by ☐ Payroll Deduction(s) or by ☑ Direct Payment(s) for the applicable commitment period of **36** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

   The following alternative provision will apply if selected:

   ☑ IF CHECKED, Plan payments will increase by $ **400** in month **September 2021** upon completion or termination of **non-filing spouse's car payment**. Plan payments will increase by $ **526** in month **September 2022** upon completion or termination of **non-filing spouse's car payment**.

3. **Claims Generally**. **The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief**. An allowed proof of claim will be controlling, unless the Court orders otherwise. Objections to claims may be filed before or after confirmation.

4. **Administrative Claims**. Trustee will pay in full allowed administrative claims and expenses pursuant to §507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to a different treatment of its claim.

   (A). **Trustee's Fees**. The Trustee shall receive a statutory fee in the amount established by the Attorney General and the United States Trustee.

   (B). **Debtor's Attorney's Fees**. Debtor and Debtor's attorney have agreed to a base attorney fee in the amount of $ **4,050.00** for the services identified in the Rule 2016(b) disclosure statement filed in this case. The amount of $ **0.00** was paid prior to the filing of the case. The Trustee shall disburse the unpaid amount of the fee, $ **4,050.00**, as allowed under General Order 18-2015, as follows: (1) Upon the first disbursement following confirmation of a Plan, the Trustee shall disburse to Debtor's attorney from the funds available and paid into the office of the Trustee by Debtor or on Debtor's behalf, up to $ **4050.00** after the payment of any payments under 11 U.S.C. § 1326(a)(1)(B) or (C) and administrative fees. The remaining balance of the fees shall be paid up to $ **260.00** per month until the fees are paid in full; (2) If the case is converted prior to confirmation of the plan, Debtor directs the Trustee to pay fees to Debtor's attorney from the funds available of $ **2,000.00** (amount not to exceed $2,000); (3) If the case is dismissed prior to confirmation of the plan, fees for Debtor's attorney of $ **2,000.00** as set forth on the 2016(b) disclosure statement (amount not to exceed $2,000) are allowed pursuant to General Order 18-2015 and shall be paid by the Trustee from the funds available without a fee application. Debtor's attorney may file a fee application for fees sought over $2,000.00 within 10 days of the Order of Dismissal; (4) If the case is converted after confirmation of the plan, Debtor directs the Trustee to pay to Debtor's attorney from the funds available, any allowed fees which are unpaid; and (5) If the case is dismissed after confirmation of the plan, Trustee shall pay to Debtor's attorney from the funds available, any allowed fees which are unpaid.

Debtor and Debtor's attorney have further agreed that Debtor's attorney may be paid for "non-base services" as they are performed on an as-needed basis. These "non-base" services, and the agree fee for each, are identified in paragraph 6 of the Rule 2016(b) disclosure statement in this case. Upon Completion of a "non-base" service, Debtor's attorney may file an application with the Court, servicing all parties-in-interest with notice of the application and providing an opportunity to be heard on the matter. If the "non-base" fee is approved by the Court, the fee shall be added to the balance of the unpaid fee in this case and paid in accordance with paragraph 4(B), above. If the base fee has been paid in full, then the fee shall be paid up $250 per month, and the distribution to creditors shall be reduced, pro rata, by that amount until the additional fee is paid in full.

5. **Priority Claims**.

   (A). **Domestic Support Obligations**.

☑ None. If none, skip to Plan paragraph 5(B).

   (i). Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

   (ii). The name(s) and address(es) of the holder of any domestic support obligation are as follows. *See* 11 U.S.C. §§ 101(14A) and 1302(b)(6).

   -NONE-

   (iii). Anticipated Domestic Support Obligation Arrearage Claims

   (a). Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

   ☑ None; or

| (a)<br>Creditor<br>(Name and Address) | (b)<br>Estimated arrearage claim | (c)<br>Projected monthly arrearage payment |
|---|---|---|
| -NONE- | | |

   (b). Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

   ☑ None; or
   Claimant and proposed treatment:    -NONE-

   (B). **Other Priority Claims (e.g., tax claims).** All other allowed priority claims will be paid in full, but will not be funded until after all secured claims, lease arrearage claims, and domestic support claims are paid in full.

| (a)<br>Creditor | (b)<br>Estimated claim |
|---|---|
| **Georgia Department of Revenue** | **0.00** |
| **IRS** | **2000.00** |

6. **Secured Claims.**

   (A). **Claims Secured by Personal Property Which Debtor Intends to Retain.**

   (i). **Pre-confirmation adequate protection payments.** No later than 30 days after the date of the filing of this plan or the order for relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to § 1326(a)(1)(C). If the Debtor elects to make such adequate protection payments on allowed claims to

the Trustee pending confirmation of the plan, the creditor shall have an administrative lien on such payment(s), subject to objection. If Debtor elects to make such adequate protection payments directly to the creditor, Debtor shall provide evidence of such payment to the Trustee, including the amount and date of the payment.

Debtor shall make the following adequate protection payments:

☐ directly to the creditor; or

☑ to the Trustee pending confirmation of the plan.

| (a) Creditor | (b) Collateral | (c) Adequate protection payment amount |
|---|---|---|
| -NONE- | | |

(ii). **Post confirmation payments.** Post-confirmation payments to creditors holding claims secured by personal property shall be paid as set forth in subparagraphs (a) and (b). If the Debtor elects to propose a different method of payment, such provision is set forth in subparagraph (c).

(a). **Claims to Which § 506 Valuation is NOT Applicable.** Claims listed in this subsection consist of debts secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. *See* § 1325(a)(5). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the amount of the claim in column (d) with interest at the rate stated in column (e). Upon confirmation of the plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

☑ None; or

| (a) Creditor | (b) Collateral | (c) Purchase date | (d) Claim amount | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|---|
| **Michigan Dept of Revenue** | **Tax Lien** | NPNP | $1,467.00 | 4.00% | In September 2019, plan payment shall begin at $260 per month. |

(b). **Claims to Which § 506 Valuation is Applicable.** Claims listed in this subsection consist of any claims secured by personal property not described in Plan paragraph 6(A)(ii)(a). After confirmation of the plan, the Trustee will pay to the holder of each allowed secured claim the monthly payment in column (f) based upon the replacement value as stated in column (d) or the amount of the claim, whichever is less, with interest at the rate stated in column (e). The portion of any allowed claim that exceeds the value indicated below will be treated as an unsecured claim. Upon confirmation of the plan, the valuation and interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

☑ None; or

| (a) Creditor | (b) Collateral | (c) Purchase date | (d) Replacement value | (e) Interest rate | (f) Monthly payment |
|---|---|---|---|---|---|
| None | | | | | |

(c). **Other provisions**.

(B). **Claims Secured by Real Property Which Debtor Intends to Retain**. Debtor will make all post-petition mortgage payments directly to each mortgage creditor as those payments ordinarily come due. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter, unless this Plan provides otherwise. Trustee may pay each allowed arrearage claim at the monthly rate indicated below until paid in full. Trustee will pay interest on the mortgage arrearage if the creditor requests interest, unless an objection to the claim is filed and an order is entered disallowing the requested interest.

| (a) Creditor | (b) Property description | (c) Estimated pre-petition arrearage | (d) Projected monthly arrearage payment |
|---|---|---|---|
| -NONE- | | | |

(C). **Surrender of Collateral**. Debtor will surrender the following collateral no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. Any claim filed by a secured lien holder whose collateral is surrendered will be treated as unsecured. Any involuntary repossession/foreclosure prior to confirmation of this Plan must be obtained by a filed motion and Court order, unless the automatic stay no longer applies under § 362(c). Upon Plan confirmation, the automatic stay will be deemed lifted for the collateral identified below for surrender and the creditor need not file a Motion to Lift the Stay in order to repossess, foreclose upon or sell the collateral. Nothing herein is intended to lift any applicable co-Debtor stay, or to abrogate Debtor's state law contract rights.

| (a) Creditor | (b) Collateral to be surrendered |
|---|---|
| -NONE- | |

7. **Unsecured Claims**. Debtor estimates that the total of general unsecured debt not separately classified in Plan paragraph 10 is $ __**0.00**__ . After all other classes have been paid, Trustee will pay to the creditors with allowed general unsecured claims a pro rata share of $ __**0.00**__ or __**0**__ %, whichever is greater. Trustee is authorized to increase this dollar amount or percentage, if necessary, in order to comply with the applicable commitment period stated in paragraph 2 of this Plan.

8. **Executory Contracts and Unexpired Leases**. The following executory contracts and unexpired leases are assumed, and payments due after the filing of the case will be paid directly by Debtor, not through Trustee, as set forth below in column (c).

Debtor proposes to cure any default by paying the arrearage on the assumed leases or contracts in the amounts projected in column (d) at the same time that payments are made to secured creditors. All other executory contracts and unexpired leases of personal property are rejected upon conclusion of the confirmation hearing.

☑ None; or Debtor assumes lease with Aaron's

| (a) Creditor | (b) Nature of lease or executory contract | (c) Payment to be paid directly by Debtor | (d) Projected arrearage monthly payment through plan (for informational purposes) |
|---|---|---|---|
| **Aaron's** | **Furniture lease** | 160.00 | 0.00 |

9. **Property of the Estate.** Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

10. **Other Provisions**:

    (A). **Special classes of unsecured claims**.

    (B). **Other direct payments to creditors**. DEBT TO US AUTO FINANCE SECURED BY 2015 CHEVY MALIBU SHALL BE PAID DIRECTLY BY NON-FILING COSIGNOR.

STUDENT LOANS SHALL BE PAID PRO RATA AS GENERAL UNSECURED CREDITORS.

    (C). **Other allowed secured claims:** A proof of claim which is filed and allowed as a secured claim, but is not treated specifically under the plan, shall be funded with __4__ % interest as funds become available after satisfaction of the allowed secured claims which have been treated by the plan and prior to payment of allowed non-administrative priority claims (except domestic support obligation claims as set forth in paragraph 5(A), above) and general unsecured claims. Notwithstanding the foregoing, the Debtor or any other party in interest may object to the allowance of the claim.

    (D). **Claims subject to lien avoidance pursuant to 11 U.S.C. §522(f):** The allowed secured claim of each creditor listed below shall not be funded until all allowed, secured claims which are being treated by the plan are satisfied. If an order is entered avoiding the creditor's lien, that creditor's claim shall be treated as a general, unsecured claim to the extent it is not otherwise secured by property of the estate and treated by the plan. To the extent that the creditor's lien is not avoided and is not otherwise treated by the plan, the secured claim shall be funded as set forth in the above paragraph. This paragraph shall apply to the following creditors:
    **Southfield Family Dental**

(E). **Other provisions**.

Date  **May 15, 2019**                         Signature  **/s/ Yolanda Denise Jones**
                                                                                   **Yolanda Denise Jones**
                                                                                   Debtor

Attorney  **/s/ Jeffrey B. Kelly**
               **Jeffrey B. Kelly 412798**

12.01.15
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| YOLANDA DENISE JONES, | ) | |
| | ) | CASE NO. 17-42281-PWB |
| | ) | |
| DEBTOR. | ) | JUDGE BONAPFEL |

CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing Post Confirmation Plan Modification filed on May 15, 2019, on the following by U. S. Mail, in a properly stamped and addressed envelope.

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street
Atlanta, GA 30303

Yolanda D. Jones
20 Mattie Ln.
Douglasville, GA  30134

All parties on the attached mailing list.

This 15th day of May, 2019.


/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 East 5th Avenue
Rome, GA 30161
(706) 295-0030 (phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing         AMCOL Systems, Inc.                    Aaron's
113E-4                                  Amcol Systems, Inc.                    752 N. Main St. Suite 1
Case 17-42281-pwb                       Po Box 21625                           Cedartown, GA 30125-2358
Northern District of Georgia            Columbia, SC 29221-1625
Rome
Tue Apr  9 14:08:55 EDT 2019

Aarons Sales & Lease                    Ability Recovery Service               Allstate Indemnity Company
Attn: Bankruptcy                        1 Montage Mountain Rd Ste A            3075 Sanders Rd #H1A
309 E Paces Ferry Rd Ne                 Moosic, PA 18507-1777                  Northbrook, IL 60062-7127
Atlanta, GA 30305-2367


American Credit Collections             American Medical Collection            Amsher
1 Montage Mountain Rd #A                4 Westchester Plaza Ste 110            4524 Southlake Pkwy #15
Moosic, PA 18507-1777                   Elmsford, NY 10523-1615                Birmingham, AL 35244-3271


Arrow Exterminators                     Bank of America N.A.                   Bartow County Water Department
P.O. Box 2015                           P O Box 982284                         P.O. Box 850
Cartersville, GA 30120-1684             El Paso, TX 79998-2284                 Cartersville, GA 30120-0850


Bay Area Credit Service                 Benefit Overpayment Collection         CBCS Collections
P.O. Box 467600                         PO Box 169                             250 E Broad St
Atlanta, GA 31146-7600                  Grand Rapids, MI 49501-0169            Columbus, OH 43215-3708


Capital Bank                            Cartersville Medical Center            Cartersville Pediatric
1 Church St                             960 Joe Frank Harris Pkwy              P.O. Box 200429
Rockville, MD 20850-4190                Cartersville, GA 30120-2129            Cartersville, GA 30120-9008


Cbe Group                               Central Credit Service                 Comenity Bank/Fashion Bug
Attn: Bankruptcy Department             550 N Regency Square Blv               Attn: Bankruptcy
Po Box 900                              Jacksonville, FL 32225                 Po Box 182125
Waterloo, IA 50704-0900                                                        Columbus, OH 43218-2125


Concord Management                      Credit Collection Services             Damion Jones
15510 Sandspur Road                     725 Canton Street                      20 Mattie Lane
Maitland, FL 32794                      Norwood, MA 02062                      Douglasville, GA 30134-4897
                                        EOSCCA Collections
                                        P.O. Box 329
                                        Norwell, MA 02061-0329

ERC/Enhanced Recovery Corp              Equifax                                Experian
Attn: Bankruptcy                        PO Box 740241                          PO Box 9701
8014 Bayberry Rd                        Atlanta, GA 30374-0241                 Allen, TX 75013-9701
Jacksonville, FL 32256-7412


FedLoan Servicing                       Floyd Primary Services                 Floyd Professional Billing
Attention: Bankruptcy                   P.O. Box 1882                          P.O. Box 1882
Po Box 69184                            Rome, GA 30162-1882                    Rome, GA 30162-1882
Harrisburg, PA 17106-9184
```

```
(p)FOCUS RECEIVABLES MANAGEMENT LLC       (p)FORD MOTOR CREDIT COMPANY              Geico Insurance
1130 NORTHCHASE PARKWAY STE 150           P O BOX 62180                             Credit Collection Services
MARIETTA GA 30067-6429                    COLORADO SPRINGS CO 80962-2180            Two Wells Ave Dept 9134
                                                                                    Newton Center, MA 02459-3225


(p)GEORGIA DEPARTMENT OF REVENUE          HARBIN CLINIC LLC                         (p)HS FINANCIAL GROUP  LLC
COMPLIANCE DIVISION                       C/O NATIONWIDE RECOVERY SERVICE           25651 DETROIT RD #203
ARCS BANKRUPTCY                           P.O. BOX 8005                             WESTLAKE OH 44145-2415
1800 CENTURY BLVD NE SUITE 9100           CLEVELAND, TN 37320-8005
ATLANTA GA 30345-3202


HSI Financial Services, LLC               I C System Inc                            (p)INTERNAL REVENUE SERVICE
P.O. Box 934075                           Po Box 64378                              CENTRALIZED INSOLVENCY OPERATIONS
Atlanta, GA 31193-4075                    Saint Paul, MN 55164-0378                 PO BOX 7346
                                                                                    PHILADELPHIA PA 19101-7346


IWU Collections                           Indiana Wesleyan University               (p)JEFFERSON CAPITAL SYSTEMS LLC
Student Account Services                  1900 W 50th Street                        PO BOX 7999
1900 West 50th St                         Marion, IN 46953-9393                     SAINT CLOUD MN 56302-7999
Marion, IN 46953-9393


Yolanda Denise Jones                      Kay Jewelers                              Jeffrey B. Kelly
20 Mattie Ln                              P.O. Box 740425                           Law Office of Jeffrey B. Kelly, P.C.
Douglasville, GA 30134-4897               Cincinnati, OH 45274-0425                 107 E. 5th Avenue
                                                                                    Rome, GA 30161-1725


LCA Collections                           LJ Ross & Associates                      LabCorp
344 Robinson Road                         4 Universal Way                           P.O. Box 2240
Chatsworth, GA 30705-5576                 Jackson, MI 49202-1455                    Burlington, NC 27216-2240


Law Office of Donald Conrad               Leroys Jewelers                           Medical Financial Soultions
13750 Merriman Rd                         Sterling Jewelers, Inc/Attn: Bankruptcy   225 N Roase St
Livonia, MI 48150-1814                    Po Box 1799                               Kalamazoo, MI 49007-3823
                                          Akron, OH 44309-1799


Medical Revenue Service                   Medicredit                                Merchants & Medical
P.O. Box 1149                             P.O. Box 1629                             6324 Taylor Rd
Sebring, FL 33871-1149                    Maryland Heights, MO 63043-0629           Flint, MI 48507-4685


Mhesla/glelsi                             Michigan Attorney General                 Michigan Department of Treasury
2401 International Lane                   525 W Ottawa Street                       Office of Collections
Madison, WI 53704-3121                    PO Box 48909                              P.O. Box 30168
                                          Lansing, MI 48933-1067                    Lansing, MI 48909-7668


Michigan Unemployment                     Midwest Recovery Systems                  Monarch Recovery Management
Dept #771760                              2747 W Clay Street Ste A                  10965 Decatur Road
PO Box 77000                              Saint Charles, MO 63301-2557              Philadelphia, PA 19154-3210
Detroit, MI 48277-2000
```

```
Money Recovery Nationwide              Mount Lassen Emergency Physicians      NPAS Solutions
Po Box 13129                           P.O. Box 13626                         P.O. Box 2248
Lansing, MI 48901-3129                 Philadelphia, PA 19101-3626            Maryland Heights, MO 63043-1048


Natiowide Recovery Service             Navient                                Navient Solutions, LLC on behalf of
Attn: Bankruptcy                       Attn: Bankruptcy                       TGSLC
Po Box 8005                            Po Box 9500                            PO BOX 83100
Cleveland, TN 37320-8005               Wilkes-Barr, PA 18773-9500             Round Rock, TX 78683-3100


Nelnet                                 Nelnet on behalf of GLHEC              Penn Credit Corporation
Nelnet Claims/Bankruptcy               Great Lakes Higher Education Corp      916 S 14th St
Po Box 82505                           PO Box 8973                            Harrisburg, PA 17104-3425
Lincoln, NE 68501-2505                 Madison WI 53708-8973


Phoenix Financial Service              (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Purchasing Power
8902 Otis Ave                          PO BOX 41067                           1375 Peachtree St NE Ste 500
Ste 103A                               NORFOLK VA 23541-1067                  Atlanta, GA 30309-3109
Indianapolis, IN 46216-1009


Regions Bank                           Southfield Family Dental Pllc          (p)SPRINT NEXTEL CORRESPONDENCE
P.O. Box 2224                          188800 W 10 Mile Rd                    ATTN BANKRUPTCY DEPT
Birmingham, AL 35246-0001              Southfield, MI 48075                   PO BOX 7949
                                                                              OVERLAND PARK KS 66207-0949


State Collection Service               Superior Asset Management              TSI
2509 S Stoughton Rd                    1000 Abernathy Rd Ste 165              Po Box 15609
Madison, WI 53716-3314                 Atlanta, GA 30328-5612                 Wilmington, DE 19850-5609


(p)TIDEWATER FINANCE COMPANY           Tidewater Finance Company              Mary Ida Townson
P O BOX 13306                          c/o Charles T Day, III                 Chapter 13 Trustee
CHESAPEAKE VA 23325-0306               1790 Atkinson Rd, Suite F              Suite 2200
                                       Lawrenceville, GA 30043-7989           191 Peachtree Street, NE
                                                                              Atlanta, GA 30303-1770


Trans Union                            Transworld Systems                     U. S. Attorney
PO Box 1000                            280 Interstate North Circle #510       600 Richard B. Russell Bldg.
Chester, PA 19016-1000                 Atlanta, GA 30339-2452                 75 Ted Turner Drive, SW
                                                                              Atlanta GA 30303-3315


U.S. Department of Education           US Dept of Education                   United Recovery Systems
c/o FedLoan Servicing                  Attn: Bankruptcy                       5800 North Course Drive
P.O. Box 69184                         Po Box 16448                           Houston, TX 77072-1613
Harrisburg, PA 17106-9184              Saint Paul, MN 55116-0448


Us Auto Finance/us Aut                 Wayn St Univ                           Wayne State University
824 N Market St Ste 220                Room 214 A S B 2                       Hnj Studt Serv Bldg 3 E
Wilmington, DE 19801-3024              Detroit, MI 48202                      Detroit, MI 48202
```

Wellstar Health System Paulding
2518 Jimmy Lee Smith Pkwy
Hiram, GA 30141-2068

Willowbrooke at Tanner
958 Joe Frank Harris Pkwy SE
Cartersville, GA 30120-2174

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Focus Receivables Management
1130 Northchase Pkwy Ste 150
Marietta, GA 30067

Ford Motor Credit
National Bankruptcy Service Center
Po Box 62180
Colorado Springs, CO 80962

Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

HS Financial Group, LLC
25651 Detroit Rd #203
Westlake, OH 44145

IRS
PO Box 105404
Atlanta, GA 30348-5404

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery
120 Corporate Blvd
Norfolk, VA 235020

Sprint
P.O. Box 4181
Carol Stream, IL 60197

Tidewater Finance Co
6520 Indian River Rd
Virginia Beach, VA 23464

End of Label Matrix
Mailable recipients    91
Bypassed recipients     0
Total                  91