**IT IS ORDERED as set forth below:**



**Date: April 20, 2020**

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| YOLANDA DENISE JONES, | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 17-42281-PWB |
| DEBTOR | ) | |
| | ) | JUDGE BONAPFEL |

**ORDER ON MOTION TO APPROVE SETTLEMENT
AND DISBURSEMENT OF PROCEEDS**

This matter having been scheduled to come before the Court on March 11, 2020 upon the Debtor's Motion to Approve Settlement and Disburse Proceeds. The Motion states Debtor received insurance funds stemming from a wreck for a total of $50,000.00 of which Debtor received $14,122.99. Debtor requests to retain the amount in full to purchase another vehicle and cover living expenses.

**IT APPEARING THAT,** there was no opposition at the call of the calendar and;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Debtor's Motion to Approve Settlement and Disbursement of Proceeds is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the approximate balance of funds in the amount of $14,122.99 be remitted to the Debtor with the remaining funds remitted for attorney's fees and medical expenses.

**[END OF DOCUMENT]**

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esq.
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com


No Opposition:


/s/Albert C. Guthrie___(*signed with expressed permission given to Jeffrey B. Kelly*)
 Albert C. Guthrie
Attorney for Chapter 13 Trustee
GA Bar No.: 142399
285 Peachtree Center Ave. NE
STE 1600
Atlanta, GA 30303
Phone (404) 525-1110
Fax (404) 522-4448

Distribution:

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Ave. NE
STE 1600
Atlanta, GA 30303

Yolanda Jones
104 Arbor View Trace
Dallas, GA 30157

Julian L Sanders Esq.
The Law Office of Julian Lewis Sanders & Assoc. LLC
3560 Lenox Rd NE
STE 1500
Atlanta, GA 30326

*All creditors attached on mailing matrix*

```
Label Matrix for local noticing      AMCOL Systems, Inc.              Aaron's
113E-4                               Amcol Systems, Inc.              752 N. Main St. Suite 1
Case 17-42281-pwb                    Po Box 21625                     Cedartown, GA 30125-2358
Northern District of Georgia         Columbia, SC 29221-1625
Rome
Mon Apr 13 16:12:39 EDT 2020

Aarons Sales & Lease                 Ability Recovery Service         Allstate Indemnity Company
Attn: Bankruptcy                     1 Montage Mountain Rd Ste A      3075 Sanders Rd #H1A
309 E Paces Ferry Rd Ne              Moosic, PA 18507-1777            Northbrook, IL 60062-7127
Atlanta, GA 30305-2367

American Credit Collections          American Medical Collection      Amsher
1 Montage Mountain Rd #A             4 Westchester Plaza Ste 110      4524 Southlake Pkwy #15
Moosic, PA 18507-1777                Elmsford, NY 10523-1615          Birmingham, AL 35244-3271

Arrow Exterminators                  Bank of America N.A.             Bartow County Water Department
P.O. Box 2015                        P O Box 982284                   P.O. Box 850
Cartersville, GA 30120-1684          El Paso, TX 79998-2284           Cartersville, GA 30120-0850

Bay Area Credit Service              Benefit Overpayment Collection   CBCS Collections
P.O. Box 467600                      PO Box 169                       250 E Broad St
Atlanta, GA 31146-7600               Grand Rapids, MI 49501-0169      Columbus, OH 43215-3708

Capital Bank                         Cartersville Medical Center      Cartersville Pediatric
1 Church St                          960 Joe Frank Harris Pkwy        P.O. Box 200429
Rockville, MD 20850-4190             Cartersville, GA 30120-2129      Cartersville, GA 30120-9008

Cbe Group                            Central Credit Service           Comenity Bank/Fashion Bug
Attn: Bankruptcy Department          550 N Regency Square Blv         Attn: Bankruptcy
Po Box 900                           Jacksonville, FL 32225           Po Box 182125
Waterloo, IA 50704-0900                                               Columbus, OH 43218-2125

Concord Management                   Credit Collection Services       Damion Jones
15510 Sandspur Road                  725 Canton Street                20 Mattie Lane
Maitland, FL 32794                   Norwood, MA 02062                Douglasville, GA 30134-4897
                                     EOSCCA Collections
                                     P.O. Box 329
                                     Norwell, MA 02061-0329

ERC/Enhanced Recovery Corp           Equifax                          Experian
Attn: Bankruptcy                     PO Box 740241                    PO Box 9701
8014 Bayberry Rd                     Atlanta, GA 30374-0241           Allen, TX 75013-9701
Jacksonville, FL 32256-7412

FedLoan Servicing                    Floyd Primary Services           Floyd Professional Billing
Attention: Bankruptcy                P.O. Box 1882                    P.O. Box 1882
Po Box 69184                         Rome, GA 30162-1882              Rome, GA 30162-1882
Harrisburg, PA 17106-9184
```

| | | |
|---|---|---|
| (p)FOCUS RECEIVABLES MANAGEMENT LLC<br>1130 NORTHCHASE PARKWAY STE 150<br>MARIETTA GA 30067-6429 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Geico Insurance<br>Credit Collection Services<br>Two Wells Ave Dept 9134<br>Newton Center, MA 02459-3225 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | HARBIN CLINIC LLC<br>C/O NATIONWIDE RECOVERY SERVICE<br>P.O. BOX 8005<br>CLEVELAND, TN 37320-8005 | (p)HS FINANCIAL GROUP  LLC<br>25651 DETROIT RD #203<br>WESTLAKE OH 44145-2415 |
| HSI Financial Services, LLC<br>P.O. Box 934075<br>Atlanta, GA 31193-4075 | I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IWU Collections<br>Student Account Services<br>1900 West 50th St<br>Marion, IN 46953-9393 | Indiana Wesleyan University<br>1900 W 50th Street<br>Marion, IN 46953-9393 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Yolanda Denise Jones<br>104 Arbor View Trace<br>Dallas, GA 30157-5574 | Kay Jewelers<br>P.O. Box 740425<br>Cincinnati, OH 45274-0425 | Jeffrey B. Kelly<br>Law Office of Jeffrey B. Kelly, P.C.<br>107 E. 5th Avenue<br>Rome, GA 30161-1725 |
| LCA Collections<br>344 Robinson Road<br>Chatsworth, GA 30705-5576 | LJ Ross & Associates<br>4 Universal Way<br>Jackson, MI 49202-1455 | LabCorp<br>P.O. Box 2240<br>Burlington, NC 27216-2240 |
| Law Office of Donald Conrad<br>13750 Merriman Rd<br>Livonia, MI 48150-1814 | Leroys Jewelers<br>Sterling Jewelers, Inc/Attn: Bankruptcy<br>Po Box 1799<br>Akron, OH 44309-1799 | Medical Financial Soultions<br>225 N Roase St<br>Kalamazoo, MI 49007-3823 |
| Medical Revenue Service<br>P.O. Box 1149<br>Sebring, FL 33871-1149 | Medicredit<br>P.O. Box 1629<br>Maryland Heights, MO 63043-0629 | Merchants & Medical<br>6324 Taylor Rd<br>Flint, MI 48507-4685 |
| Mhesla/glelsi<br>2401 International Lane<br>Madison, WI 53704-3121 | Michigan Attorney General<br>525 W Ottawa Street<br>PO Box 48909<br>Lansing, MI 48933-1067 | Michigan Department of Treasury<br>Office of Collections<br>P.O. Box 30168<br>Lansing, MI 48909-7668 |
| (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE<br>ATTN BANKRUPTCY UNIT<br>3024 W GRAND BLVD<br>SUITE 12-100<br>DETROIT MI 48202-6024 | Midwest Recovery Systems<br>2747 W Clay Street Ste A<br>Saint Charles, MO 63301-2557 | Monarch Recovery Management<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 |

| | | |
|---|---|---|
| Money Recovery Nationwide<br>Po Box 13129<br>Lansing, MI 48901-3129 | Mount Lassen Emergency Physicians<br>P.O. Box 13626<br>Philadelphia, PA 19101-3626 | NPAS Solutions<br>P.O. Box 2248<br>Maryland Heights, MO 63043-1048 |
| Natiowide Recovery Service<br>Attn: Bankruptcy<br>Po Box 8005<br>Cleveland, TN 37320-8005 | Navient<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 | Navient Solutions, LLC on behalf of TGSLC<br>PO BOX 83100<br>Round Rock, TX 78683-3100 |
| Nelnet<br>Nelnet Claims/Bankruptcy<br>Po Box 82505<br>Lincoln, NE 68501-2505 | Nelnet on behalf of GLHEC<br>Great Lakes Higher Education Corp<br>PO Box 8973<br>Madison WI 53708-8973 | Penn Credit Corporation<br>916 S 14th St<br>Harrisburg, PA 17104-3425 |
| (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Purchasing Power<br>1375 Peachtree St NE Ste 500<br>Atlanta, GA 30309-3109 |
| Regions Bank<br>P.O. Box 2224<br>Birmingham, AL 35246-0001 | Julian Lewis Sanders<br>3560 Lenox Road NE, Suite 1500<br>Atlanta, GA 30326-4274 | Southfield Family Dental Pllc<br>188800 W 10 Mile Rd<br>Southfield, MI 48075 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | State Collection Service<br>2509 S Stoughton Rd<br>Madison, WI 53716-3314 | Superior Asset Management<br>1000 Abernathy Rd Ste 165<br>Atlanta, GA 30328-5612 |
| TSI<br>Po Box 15609<br>Wilmington, DE 19850-5609 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | Tidewater Finance Company<br>c/o Charles T Day, III<br>1790 Atkinson Rd, Suite F<br>Lawrenceville, GA 30043-7989 |
| Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1259 | Trans Union<br>PO Box 1000<br>Chester, PA 19016-1000 | Transworld Systems<br>280 Interstate North Circle #510<br>Atlanta, GA 30339-2452 |
| U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 |
| United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072-1613 | Us Auto Finance/us Aut<br>824 N Market St Ste 220<br>Wilmington, DE 19801-3024 | Wayn St Univ<br>Room 214 A S B 2<br>Detroit, MI 48202 |

| | | |
|---|---|---|
| Wayne State University<br>Hnj Studt Serv Bldg 3 E<br>Detroit, MI 48202 | Wellstar Health System Paulding<br>2518 Jimmy Lee Smith Pkwy<br>Hiram, GA 30141-2068 | Willowbrooke at Tanner<br>958 Joe Frank Harris Pkwy SE<br>Cartersville, GA 30120-2174 |

```
           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).
```

| | | |
|---|---|---|
| Focus Receivables Management<br>1130 Northchase Pkwy Ste 150<br>Marietta, GA 30067 | Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 |
| HS Financial Group, LLC<br>25651 Detroit Rd #203<br>Westlake, OH 44145 | IRS<br>PO Box 105404<br>Atlanta, GA 30348-5404 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Michigan Unemployment<br>Dept #771760<br>PO Box 77000<br>Detroit, MI 48277 | Phoenix Financial Service<br>8902 Otis Ave<br>Ste 103A<br>Indianapolis, IN 46216 | Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk, VA 235020 |
| Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197 | Tidewater Finance Co<br>6520 Indian River Rd<br>Virginia Beach, VA 23464 | End of Label Matrix<br>Mailable recipients    92<br>Bypassed recipients     0<br>Total                  92 |